DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM FRANCIS GORDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2607

[April 4, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 47-2016-CF-000706A.

Carey Haughwout, Public Defender, and Jaime Lapidus, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***